EXHIBIT A

| | |
|---|---|
| District Court, ______Arapahoe____County, Colorado<br>Court Address: 7325 S. Potomac Street,<br>Centennial, CO 80112<br><br>Plaintiff<br>Raymond B. Vigil<br><br>v.<br><br>Defendant<br>American Family Insurance, S.I. | Filed<br>MAY 08 2026<br>CLERK OF THE COMBINED COURT<br>ARAPAHOE COUNTY, COLORADO<br>DATE FILED<br>May 8, 2026<br>CASE NUMBER: 2026CV168<br>▲ COURT USE ONLY ▲<br><br>Case Number: 26CV168 |
| Attorney or Party Without Attorney (Name and Address):<br><br>Raymond B. Vigil<br>6528 S. Piney Creek Circle<br>Centennial, CO 80016<br><br>Phone Number: 303-961-0122 E-mail: rayvigilptocs@gmail.com<br>FAX Number: Atty. Reg. #: | Division: 31 Courtroom: |

**COMPLAINT**

TO THE ABOVE NAMED DEFENDANT: American Family Insurance, AFICS Inc. on behalf of American Family Insurance, S.I., 6000 American Parkway, Madison, Wisconsin, 53783.

**PARTIES**

1. Plaintiff, Raymond B. Vigil, is an individual residing at 6528 S. Piney Creek Circle, Centennial, CO.
2. Defendant, American Family Mutual Insurance Company, S.I. ("American Family"), is an insurance corporation authorized to do business and providing homeowner's insurance in the State of Colorado.

**JURISDICTION AND VENUE**

3. This Court has jurisdiction because the amount in controversy exceeds $25,000.00 exclusive of interest and costs.
4. Venue is proper in Arapahoe County because the insured property is located in this county and the breach of contract occurred here.

**GENERAL ALLEGATIONS**

5. At all times relevant, Plaintiff held a valid homeowner's insurance policy (Policy No. 410417477485) issued by American Family (the "Policy").

EXHIBIT A

6. The Policy provides coverage for physical loss or damage to the property caused by hail and wind.

7. The Policy provides coverage for physical loss or damage to the **personal** property located on the home property caused by hail and wind.

8. On or about May 10, 2023, the insured personal property and real property sustained significant damage to the roof, siding, and exterior structures to the home, detached garage, horse shed, swimming pool and deck due to a severe hailstorm.

9. Plaintiff timely notified American Family of the loss and submitted a claim, (Claim No. 01006181831) issued by Ms. Jassah Quoi, adjuster on or about June 5, 2023.

10. Plaintiff cooperated with all terms of the Policy, including providing access for inspections and submitting necessary documentation.

11. Professional estimates and inspections by a contractor, Echo Repair Remodel and Reconstruction have determined the total "Replacement Cost Value" of the damages to be $331,411.32.

12. Despite the clear evidence of loss, American Family has only issued payment for approximately one-fifth (1/5) of the total damages, totaling $75,584.10.

13. American Family has refused to pay following a Demand Letter, the remaining balance required to return the **real property** to its pre-loss condition, citing "depreciation" and "unrelated wear and tear".

14. American Family has refused to pay following a Demand Letter, the remaining balance required to return the **personal property** to its pre-loss condition, citing "depreciation" and "unrelated wear and tear."

15. It is important to note that the initial estimate from American Family was significantly undervalued and failed to cover the majority of the storm damages. Several critical items were missing, including roofing code requirements, damaged skylights, overhead vents, chimneys,

gutters, garage doors, siding, staining, painting, HVAC Cage damage, deck restoration, swimming pool lining, diving board, detached garage structures, and windows with screens to all structures.

**COUNT I: BREACH OF CONTRACT**

13. Plaintiff incorporates paragraphs 1 through 15 as if fully set forth herein.
14. The Policy is a binding contract between Plaintiff and American Family.
15. Plaintiff has performed all conditions precedent required under the Policy.
16. American Family breached the contract by failing to pay the full amount of the covered losses as defined by the Policy terms.
17. As a direct and proximate result of this breach, Plaintiff has suffered damages in excess of $331,411.32, less the partial payments already received.

**COUNT II: BREACH OF COVENANT OF GOOD FAITH AND FAIR DEALING**

18. American Family has an implied duty to act in good faith and deal fairly with its insured.
19. By arbitrarily denying four-fifths of a valid claim despite clear evidence of damage, American Family has acted in bad faith.

---

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment against Defendant, American Family, for:

- Compensatory damages in an amount to be proven at trial (not less than the unpaid balance of the $331,411.32+ claim);

EXHIBIT A

- Pre-judgment and post-judgment interest;
- Reasonable attorney's fees and costs of this action (as permitted by the laws of the Great State of Colorado);
- Such other relief as the Court deems just and equitable.

**JURY DEMAND**

Plaintiff demands a trial by jury on all issues so triable.

---

**Dated: May 8, 2026**

Respectfully Submitted,

Raymond B. Vigil
Signature of Plaintiff

EXHIBIT A

## CERTIFICATE OF SERVICE

I hereby certify on May 8, 2026 this document was filed with The Arapahoe Courts, and a true and accurate copy of DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT AND COMPLAINT was served via a process server.

Dated: May 8, 2026

Raymond B. Vigil